UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NIMFA PEDRASA,<br><br>           Plaintiff,<br><br>    v.<br><br>TRI STARR HOME CARE, LLC,<br>  et al.,<br><br>           Defendants. | Case No. 21-cv-03729 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:19-cv-07618 BLF, *Evelyn Castro v. Tri Starr Home Care, LLC, et al.*

**IT IS SO ORDERED.**

Dated: July 7, 2021

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge